Lewis Anten, Esq., State Bar No. 56459
Ivy Choderker, Esq., State Bar. No. 210612
LEWIS ANTEN, A PROFESSIONAL CORP.
16830 Ventura Boulevard, Suite 310
Encino, California 91436
Tel: (818) 501-3535
Fax: (818) 501-4138
lewisanten@mindspring.com

Attorneys for Plaintiff Robert Sturman

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STURMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOICHER-MARIN, INC., d.b.a. SOICHER-MARIN FINE ART, a California corporation; EDUARDO MARIN, an individual; and JENNIFER BALEST, an individual,<br><br>Defendants. | CASE NO.: CV 05-06429 AHM (Ex)<br><br>STIPULATION OF PARTIES TO CONTINUE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER THEREON |

WHEREAS, the deadline for Defendants to respond to the Complaint is December 1, 2005; and

WHEREAS, Plaintiff Robert Sturman ("Plaintiff Sturman") filed applications for copyright registration with the U.S. Copyright Office, including for works that are the subject of the within lawsuit, on November 16, 2005; and

SCANNED

WHEREAS, the time for issuance of the copyright registrations is indeterminate, but could take up to several months; and

WHEREAS, once the copyright registrations issue, Plaintiff Sturman intends to amend the Complaint to add claims for copyright infringement; and

WHEREAS, the parties are engaged in settlement discussions and

WHEREAS, the parties believe that a mediation before the magistrate judge assigned to the case, along with representatives of any potential insurance carriers, would be beneficial in facilitating settlement between the parties and the parties intend to file the Settlement Procedure Selection Form soon ; and

WHEREAS, the parties believe that a sixty (60) day extension of time for Defendants to respond to the Complaint will help prevent duplicative pleading and/or motion practice, and serve the interest of litigant and judicial economy;

WHEREAS, the parties have previously entered into and filed a stipulation extending the time for Defendants to respond to the Complaint; and

WHEREAS, this Stipulation is not intended for the purpose of delay; and

IT IS HEREBY STIPULATED, by and between he parties, through their respective counsel, and subject to the approval of the Honorable Court, that the time for Defendants to respond to the Complaint is continued for sixty (60) days,

//

//

//

from December 1, 2005 to February 1, 2006. The parties shall file a report with the Court on January 16, 2005, updating the Court on the status of the parties' settlement discussions and the copyright applications filed by Plaintiff Sturman.

Respectfully submitted,

LEWIS ANTEN, A PROFESSIONAL CORPORATION

Dated: 11/23/05

LEWIS ANTEN
IVY CHODERKER
Attorneys for Plaintiff Robert Sturman


SNELL & WILMER, LLP

Dated: 11/23/05

Deborah S. Mallgrave
William S. O'Hare
Attorneys for Defendants Soicher-Marin, Inc., Eduardo Marin, and Jennifer Balest

ORDER

IT IS SO ORDERED.

Dated: 11/23/05

Hon. A. Howard Matz
United States District Court Judge

3

I:\ANTEN\STURMAN\STIP2.EXTEND.ANSWR.doc

*Sturman v. Soicher-Marin, et al.*
US District Court, Case No. CV05-6429 AHM (Ex)

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On November 23, 2005, I served, in the manner indicated below, the foregoing document described as **Stipulation of Parties to Continue Time for Defendants to Respond to Complaint and [Proposed] Order Thereon** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Irvine, addressed as follows:

| | |
|---|---|
| Lewis Anten, Esq.<br>Lewis Anten<br>First Financial Plaza<br>16830 Ventura Boulevard, # 310<br>Encino, CA  91436 | **Attorneys for Plaintiff Robert Sturman**<br>Tel:   818-501-3535<br>Fax:  818-501-4138 |

[X]  BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ]  BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ]  BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ]  BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 23, 2005, at Costa Mesa, California.

*Sandy Cairelli*
Sandy Cairelli

441075.1

Proof of Service
Case No. CV05-6479 AHM (Ex)